UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ANN HAMMONS, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br><br> Defendant. | Case No. CV-17-074-H-DLC <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to the Order adopting the Findings and Recommendations (Doc. 13) filed on August 6, 2018, this case is remanded to the ALG.

    Dated this 9th day of August, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Heidi Gauthier
                              Heidi Gauthier, Deputy Clerk