IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ANN HAMMONS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CV 17–74–H–DLC–JTJ<br><br>ORDER |

Before the Court is Plaintiff Jennifer Ann Hammons's Unopposed/Stipulated Motion for Order Awarding Attorney Fees under the Equal Access to Justice Act, pursuant to 28 U.S.C. § 2412(d), and Costs, pursuant to 28 U.S.C. § 1920. (Doc. 15.)

The parties have stipulated that Hammons shall be awarded attorney fees in the amount and $7,525.23 and costs in the amount of $400.00. They further stipulate that "[t]his amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920."

Accordingly, IT IS ORDERED that the motion (Doc. 15) is GRANTED. Plaintiff is awarded attorney fees under 28 U.S.C. § 2412(d) in the amount of

$7,525.23 and costs under 28 U.S.C. § 1920 in the amount of $400.00, subject to the terms of the parties' stipulation (Doc. 15-1).

DATED this 24th day of October, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court